UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE WESLEY,<br><br>                    Plaintiff,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>                    Defendant. | NO: 13-CV-3110-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Response to Order to Show Cause, ECF No. 4, which states that this matter is resolved. Having reviewed the Response and the file and pleadings therein, the Court finds good cause to dismiss this case. Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Plaintiff's Response to Order to Show Cause, ECF No. 4, and to FRCP 41(a)(1)(A)(i), Plaintiff's Complaint is hereby dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  3. All scheduled court hearings, if any, are **STRICKEN**.

2  The District Court Clerk is directed to enter this Order, provide copies to

3  counsel, and **close this case**.

4  **DATED** this 17th day of April 2014.

5

6  *s/ Rosanna Malouf Peterson*
   ROSANNA MALOUF PETERSON
7  Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2